United States Bankruptcy Court

Central District of California

Carrera,

    Plaintiff

Bradley,

    Defendant

Adv. Proc. No. 20-01055-MB

# CERTIFICATE OF NOTICE

District/off: 0973-9      User: aortizC      Page 1 of 1
Date Rcvd: Jan 06, 2021      Form ID: van192      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Santana Carrera |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Tryk | on behalf of Plaintiff Santana Carrera ben@tryklaw.com joe@tryklaw.com |
| Jerry Namba (TR) | jnambaepiq@earthlink.net jnambalaw@yahoo.com;jn01@trustesolutions.net;paknamba@gmail.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
## Central District of California

**1415 State Street, Santa Barbara, CA 93101–2511**

| In re:<br>Whittaker Bradley<br><br>                                                            Debtor(s). | BANKRUPTCY CASE NO.:  9:20–bk–10954–MB |
|---|---|
| | CHAPTER NO.:  7 |
| Santana Carrera<br><br><br>                                                            Plaintiff(s)<br>Versus<br>Whittaker Bradley<br><br>**(See Attachment A for names of additional defendants)**<br>                                                            Defendant(s) | ADVERSARY NO.:  9:20–ap–01055–MB |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On 01/06/2021, a request was filed for the clerk to enter default against defendant(s) **Whittaker Bradley**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: January 6, 2021

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

By: **Amber Ortiz**
    **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                                                                                              **8 – 7 / AOG**

## ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Santana Carrera | Whittaker Bradley<br>Bradley Whittaker |

(Form van192−nched VAN−192) Rev. 12/2014

**ATTACHMENT A**