| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Benjamin Tryk (253299)<br>TRYK LAW, P.C.<br>ATRIUM OFFICE PLAZA<br>1111 East Herndon Avenue, Suite 310<br>Telephone (559) 840-3240<br>Fax: (888) 528-5570<br>Email: ben@tryklaw.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Plaintiff, SANTANA CARRERA | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>Bradley Whittaker<br><br>Debtor(s). | CASE NO.: 9:20-bk-10954-MB<br><br>ADVERSARY NO.: 9:20-ap-01055-MB<br><br>CHAPTER: 7 |
|---|---|
| Santana Carrera<br><br>Plaintiff(s).<br>vs.<br><br>Bradley Whittaker<br><br>Defendant(s). | **UNILATERAL STATUS REPORT**<br>**[LBR 7016-1(a)(3)]**<br><br>DATE:  07/28/2021<br>TIME:  2:30 p.m.<br>COURTROOM: 201<br>ADDRESS: 1415 State Street, Santa Barbara, CA  93101 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?    ☐ Yes  ☒ No
3. Have all motions addressed to the Claims Documents been resolved?    ☐ Yes  ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☐ Yes  ☒ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 | Page 1 | F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

    Mr. Whittaker was served with the adversary complaint but failed to respond by filing an answer. The clerk entered default following Plaintiff's request on January 6, 2021 (Docket #7 and #8). The State Court matter related to Plaintiff's adversary complaint stems from a sexual assault and battery that is set for trial on February 23, 2022 in Ventura County Superior Court. The current trial date is the earliest date available due to the backlog resulting from the pandemic.

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | Trial is premature until the State Court case is tried. Trial is set for February 23, 2022 and a final judgment is expected before June 1, 2022. | |

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | The related state court matter is set for trial on February 23, 2022, which was the soonest available following Plaintiff's relief from automatic stay. | |

   3. When do you expect to complete <u>your</u> discovery efforts?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | Following completion of the state court trial, which is set for February 23, 2022. | |

   4. What additional discovery do you require to prepare for trial?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | Only the completion of the state court trial, set for February 23, 2022. | |

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | 1/2 day to 1 day if trial is required. However, anticipates that this matter will be resolved through law and motion as a result of the default entered. | |

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | Plaintiff anticipates this matter will be able to be resolved through law and motion as a result of the default status and Defendant's failure to respond to the adversary complaint. | |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

   <u>Plaintiff</u>  
   15 for either trial or law and motion.

   <u>Defendant</u>

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>  
Pretrial conference  ☒ is  ☐ is not  requested  
Reasons:

<u>Defendant</u>  
Pretrial conference  ☐ is  ☐ is not  requested  
Reasons:

<u>Plaintiff</u>  
Pretrial conference should be set <u>after</u>:  
(date) 03/02/2022

<u>Defendant</u>  
Pretrial conference should be set <u>after</u>:  
(date) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   No settlement discussions have occurred.

2. Has this dispute been formally mediated?  ☐ Yes  ☒ No  
   If so, when?

3. Do you want this matter sent to mediation at this time?

   <u>Plaintiff</u>  
   ☒ Yes  ☐ No

   <u>Defendant</u>  
   ☐ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*　　　　　　　　　　　　　　Page 3　　　　　　　　　　　　F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>
☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

A proof of claim has been filed on behalf of Santana Carrerra as the related bankrutpcy matter.

Respectfully submitted,

Date: 07/15/2021

Tryk Law, P.C.
Printed name of law firm

*[signature]*
Signature

Benjamin Tryk, Esq.
Printed name

Attorney for: Santana Carrera

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 4                                   F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1111 East Herndon Avenue, Suite 310, Fresno CA, 93720

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __07/15/2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Bradley Whittaker, bwwicked@yahoo.com
United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov
Bryan Diaz, Esq. bryan@bryandiaz.onmicrosoft.com
Jerry Namba (TR) jnambaepiq@earthlink.net; jnamba@iq7technology.com; jn01@trustsolutions.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge Martin Barash, 21041 Burbank Blvd., Suite 342, Woodland Hills CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/15/2021 | Joe Lopez | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.