BENJAMIN P. TRYK, ESQ. (253299)
TRYK LAW, A.P.C.
ATRIUM OFFICE PLAZA
1111 E. HERNDON AVENUE, SUITE 310
FRESNO, CALIFORNIA 93720
PHONE: (559) 840-3240
FAX: (888) 528-5570
EMAIL: BEN@TRYKLAW.COM

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>BRADLEY WHITTAKER,<br><br>Debtor,<br><br>———————————————<br><br>SANTANA CARRERA<br>                Plaintiff,<br><br>v.<br>BRADLEY WHITTAKER,<br>              Defendant, | CASE NO. 20-10954 MB<br>Adv. No. 9:20-ap-01055-MB<br>Chapter 7<br><br>**NOTICE OF HEARING RE MOTION FOR DEFAULT JUDGMENT**<br><br>DATE: December 8, 2022<br>TIME: 2:30 P.M.<br>COURTROOM: 201<br>ADDRESS: 1415 State Street<br>              Santa Barbara CA 93101 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that the above-referenced matter has been set for hearing on **December 8, 2022** at **2:30 p.m.** in **Department 201**.

Dated: Nov 29, 2022

                                                              TRYK LAW, APC

                                                           By: _____
                                                               Benjamin P. Tryk, Esq.
                                                               Attorney for Plaintiff,
                                                                SANTANA CARRERA

# United States Bankruptcy Court
## Central District of California
### Northern Division
### Martin R. Barash, Presiding
### Courtroom 201 Calendar

**Thursday, December 8, 2022**             **Hearing Room**    **201**

2:30 PM
**9:20-10954   Bradley Whittaker**             **Chapter 7**
Adv#: 9:20-01055   Carrera v. Whittaker

#21.10   Hearing
RE: [23] Motion for Default Judgment

            Docket   23

### Party Information

**Debtor(s):**

    Bradley Whittaker             Represented By
                                             Bryan Diaz

**Defendant(s):**

    Bradley Whittaker             Pro Se

**Movant(s):**

    Santana Carrera             Represented By
                                             Benjamin Tryk
                                             August B Hotchkin

**Plaintiff(s):**

    Santana Carrera             Represented By
                                             Benjamin Tryk
                                             August B Hotchkin

**Trustee(s):**

    Jerry Namba (TR)             Represented By
                                             Reed H Olmstead

# United States Bankruptcy Court
## Central District of California
### Northern Division
### Martin R. Barash, Presiding
### Courtroom 201 Calendar

---

**Thursday, December 8, 2022**      **Hearing Room 201**

---

**10:00 AM**
**9: -**      **Chapter**

**#0.00**    **All hearings on this calendar will be conducted remotely, using ZoomGov video and audio.**

Parties in interest and members of the public may connect to the video and audio feeds, free of charge, using the connection information provided below.

Individuals may participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone or Android phone). Individuals may opt to participate by audio only using a telephone (standard telephone charges may apply).

Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required. The audio portion of each hearing will be recorded electronically by the Court and constitutes its official record.

**Video/audio web address:** https://cacb.zoomgov.com/j/1616699973

**ZoomGov meeting number:** 161 669 9973

**Password:** 486113

**Telephone conference lines:** 1 (669) 254 5252 or 1 (646) 828 7666

For more information on appearing before Judge Barash by ZoomGov, please see the information entitled "Tips for a Successful ZoomGov Court Experience" on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-martin-r-barash under the tab "Telephonic Instructions."

Docket     0

---

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1111 E. Herndon, Suite 310, Fresno, California 93720.

A true and correct copy of the foregoing document entitled: **NOTICE OF HEARING RE MOTION FOR DEFAULT JUDGMENT;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 29, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov;
Bryan Diaz, Esq. bryan@bryandiaz.onmicrosoft.com;
Jerry Namba (TR) jnambaepiq@earthlink.net; jnamba@iq7technology.com; jn01@trustsolutions.net;

**2. SERVED BY UNITED STATES MAIL**: On November 29, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bradley Whittaker, 1002 Calendaria Lane, Fillmore CA 93015
Honorable Martin R. Barash, 21041 Burbank Boulevard, Suite 342, Woodland Hills, CA 91367

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 29, 2022 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Brad Whittaker @ bwwicked@yahoo.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: November 29, 2022    ___JOE LOPEZ___    _____
 Printed Name                  Signature

NOTICE OF HEARING
PAGE 2